**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 01-6471**

———————

MICHAEL J. SINDRAM,

Plaintiff - Appellant,

versus

J. M. VANYUR, Warden,

Defendant - Appellee.

———————

**No. 01-6787**

———————

MICHAEL J. SINDRAM,

Plaintiff - Appellant,

versus

J. M. VANYUR, Warden,

Defendant - Appellee.

———————

Appeals from the United States District Court for the Eastern Dis-
trict of North Carolina, at Raleigh.  Malcolm J. Howard, District
Judge.  (CA-98-857-5-H)

———————

Submitted:  September 6, 2001      Decided:  September 13, 2001

———————

Before WIDENER, WILLIAMS, and TRAXLER, Circuit Judges.

---

Affirmed by unpublished per curiam opinion.

---

Michael J. Sindram, Appellant Pro Se. Jerri Ulrica Dunston, OFFICE OF THE UNITED STATES ATTORNEY, Raleigh, North Carolina, for Appellee.

---

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

In these consolidated appeals, Michael J. Sindram appeals from the district court's orders and judgment granting summary judgment to John M. Vanyur and dismissing his civil rights complaint and denying his motion for reconsideration. We have reviewed the record and the district court's orders and find no reversible error. Accordingly, we affirm on the reasoning of the district court. See Sindram v. Vanyur, No. CA-98-857-5-H (E.D.N.C. Mar. 1, 2001 & Apr. 3, 2001). We deny Sindram's motion for appointment of counsel. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED

2